UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT SYVERSEN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1639 (PLF) |
| JUDGE STEPHEN FARRADINO, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On September 22, 2006, plaintiffs filed a notice indicating that this matter is related to Dyck v. Hagemeyer, Civil Action No. 00-2748. Plaintiff indicated that the instant case was related because it involves a *pro se* litigant in a previous pending matter. The previous matter, Dyck v. Hagemeyer, Civil Action No. 00-2748, is not pending before this Court. It was dismissed on March 7, 2002 for failure to serve the defendants in that case. The Court having determined that this matter is not related to Dyck v. Hagemeyer under the criteria identified in Local Civil Rule 40.5(a)(3), it is hereby

ORDERED that this case is transferred to the Calendar Committee for random reassignment.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 13, 2006