**Order–Granting Preliminary Injunction–On Motion of plaintiff**

ORDER

    The court having on _____ date, heard the application for a preliminary injunction, on motion of plaintiff and after notice to defendants, and having then taken the matter under advisement, the court being now fully advised, from the evidence finds that to maintain status quo of property so that further injury, further irreparable injury, further personal injury and an effectual judgment can be made.
    IT IS ORDERED that defendants, and each of them be enjoined on staying of STEPHEN A FERRADINO's order, from taking possession of the property, and the sheriff JAMES BOWEN of SARATOGA COUNTY, NEW YORK, to restore all property to original place and condition and the Syversen's to remain on property pending final judgment of this court.

Dated:_____

_____
Signature of the judge

_____
Signature of clerk of court