UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT SYVERSON, BETTER LIVING TRUST; JACOB-FRANZ:DYCK,

        *Plaintiffs*,

-against-

JUDGE STEPHEN A. FERRADINO,

        *Defendant*.

---

**NOTICE OF MOTION**

06-CV-01639

Friedman, J.

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated November 28, 2006, upon the accompanying Affirmation of Bridget E. Holohan, affirmed to on November 28, 2006, and upon all other papers and pleadings filed herein, defendant the Honorable Stephen A. Ferradino moves for an order dismissing the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, on grounds that Court lacks jurisdiction over the subject matter, and pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, on grounds that the Court lacks jurisdiction over the defendant, and granting such other and further relief as to the Court may seem just and proper, before the Honorable Paul L. Friedman, United States District Court for the District of Columbia , 333 Constitution Avenue, N.W., Washington, D.C. 20001.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule LcvR 7.1(b), your memorandum in opposition to this motion must be served and filed within 11 days of the date upon which the instant motion is served, unless the Court directs otherwise, and that if such memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

Dated: Albany, New York
November 28, 2006

      ELIOT SPITZER
      Attorney General of the State of New York
      Attorney for Defendant the Honorable Stephen A. Ferradino
      The Capitol
      Albany, New York  12224-0341

By: *s/ Bridget E. Holohan*
Bridget E. Holohan
Assistant Attorney General, of Counsel
Bar Roll No. 510911 (Northern District of New York)
Telephone: (518) 473-3684
Fax::   (518) 473-1572 (Not for service of papers)
Email: Bridget.Holohan@oag.state.ny.us

To:  Robert Syversen
     Jacob-Franz: Dyck