UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

ROBERT SYVERSON, BETTER LIVING TRUST; JACOB-FRANZ:DYCK,

                        *Plaintiffs*,

      -against-

JUDGE STEPHEN A. FERRADINO,

                        *Defendant*.

**AFFIRMATION**

06-CV-01639

Friedman, J.

---

      Bridget E. Holohan, an attorney duly admitted to practice in the State of New York and in the United States District Court of the Northern District of New York, affirms under penalty of perjury and upon oath the following:

      1.    I am an Assistant Attorney General in the office of Eliot Spitzer, Attorney General of the State of New York, attorney for defendant Ferradino in this action.

      2.    I appear in this Court pursuant to LCvR 83.2(f) of the Rules of this Court, which states as follows:

> A State Attorney General or that official's designee, who is a member in good standing of the bar of the highest court in any State or of any United States Court, may appear and represent the State or any agency thereof. . .

LcvR 83.2(f).

      3.    As an Assistant Attorney General, I am a designee of the New York State Attorney General.

4. The Attorney General is generally required to defend from litigation those State officials and employees sued with respect to their official acts and duties who request the Attorney General's representation.

5. The Honorable Stephen A. Ferradino is a Supreme Court Justice for the County of Saratoga in the State of New York. As such, he is a state officer and employee and is entitled to representation by the Office of the Attorney General from actions arising out of the scope of his employment.

6. Judge Ferradino has requested that the Attorney General represent them in this action.

7. I am a member of the bar of the State of New York. Admissions to the bar of this State are not administered by the highest Court of this State, the New York State Court of Appeals, but by each of the four Judicial Departments of the Appellate Division of the New York State Supreme Court. I was admitted to practice by the Appellate Division, Third Department, in February 2000. I am a member of the bar of this State in good standing.

8. I was admitted to practice before the United States District Court for the Northern District of New York in or about February 2001. I am a member of that Court in good standing. My Bar Roll Number in that Court is 510911.

9. In or about March 2006, I was admitted to the bar for the District of Columbia. I am a member of that Court in good standing.

10. To my knowledge, no disciplinary proceedings are pending or have ever been commenced against me as a member of the bar in any jurisdiction.

11. I have read and am familiar with the Rules of the United States District Court for the District of Columbia.

12. I therefore seek to appear in this Court for purposes of defending defendant Ferradino in this action.

13. Should the Court determine that I have not satisfied the requirements of LCvR 83.2 of the Rules of this Court, I respectfully request that I be allowed an additional period of time to make alternate arrangements for the appearance of counsel on behalf of defendant Ferradino.

Dated: Albany, New York
November 28, 2006

*s/ Bridget E. Holohan*
Bridget E. Holohan