UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

ROBERT SYVERSON, BETTER LIVING TRUST;
JACOB-FRANZ:DYCK,

                                          *Plaintiffs*,

            -against-                                      06-CV-01639

JUDGE STEPHEN A. FERRADINO,                              Friedman, J.

                                          *Defendant*.

HONORABLE PAUL L. FRIEDMAN
United States District Judge

      Upon reading the complaint dated December 26, 2001, and

      Upon consideration of the motion to dismiss submitted on behalf of defendant the Honorable Stephen A. Ferradino, Eliot Spitzer, Attorney General of the State of New York (Bridget E. Holohan, Assistant Attorney General, of counsel), which motion consists of the Notice of Motion dated November 28, 2006, the Affirmation of Bridget E. Holohan, affirmed on November 28, 2006, and the Memorandum of Law in Support of the Motion to Dismiss by Defendant the Honorable Stephen A. Ferradino dated November 28, 2006, and

      Upon consideration of the papers submitted by plaintiffs in reply to the motion (plaintiffs having submitted no opposition to the motion), and

      The Court having determined that the grounds asserted in the motion to dismiss by defendant have merit, it is hereby

      ORDERED, that this action is dismissed in its entirety, and it is

ORDERED, that the Clerk is directed to enter judgment in favor of defendant Ferradino.

DATED: Washington, District of Columbia
December __, 2006


SO ORDERED


_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge