UNITED STATES DISTRICT COURT
DC DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT SYVERSON, BETTER LIVING TRUST; JACOB-FRANZ:DYCK, | **DECLARATION OF SERVICE** |
| *Plaintiffs*, | 06-CV-01639 |
| -against- | Friedman |
| JUDGE STEPHEN A. FERRADINO, | |
| *Defendant*. | |

---

I, Mary Beth Maruski, declare pursuant to 28 USC **§** 1746, that on November 28, 2006, I served the **Notice of Motion, Affirmation of Bridget E. Holohan, Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P.12(b)(1) and (2), and a Proposed Order,** filed herein electronically upon the following individuals, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individuals at the addresses, designated for that purpose, as follows:

Robert Syversen
Better Living Trust
143 Feeder Dam Road
South Glens Falls, New York 12803

Jacob-Franz:Dyck
32316 Twin Oaks Lane
Brashear, MO 63533

Dated: November 28, 2006
      Albany, New York

*s/ Mary Beth Maruski*
Mary Beth Maruski