UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT SYVERSEN, BETTER LIVING TRUST; JACOB-FRANZ:DYCK,

                                       *Plaintiffs*,

               -against-

JUDGE STEPHEN A. FERRADINO,

                                       *Defendant*.

06-CV-01639

Friedman, J.

---

**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

 

                                    ELIOT SPITZER
                                    Attorney General of the State of New York
                                    Attorney for Defendant
                                    The Capitol
                                    Albany, New York  12224-0341

Bridget E. Holohan
Assistant Attorney General, of Counsel
Bar Roll No. 510911
Telephone:  (518) 473-3684
Fax:  (518) 473-1572 (Not for service of papers)                  Date: November 29, 2006

**Table of Contents**

Preliminary Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Statement of the Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

POINT I

                      AS THE COURT LACKS JURISDICTION PLAINTIFFS'
                      MOTION FOR A PRELIMINARY INJUNCTION  . . . . . . . . . . . . . . . . . 3

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Preliminary Statement**

Plaintiffs brought this action alleging the defendant, the Honorable Stephen Ferradino, violated their state and federal constitutional rights. Apparently, Judge Ferradino, Supreme Court Justice for the County of Saratoga in the State of New York, entered summary judgment against plaintiffs. Plaintiffs have now moved for a preliminary injunction staying Judge Ferradino's decision and enjoining the sheriff from removing plaintiffs' from property located in the State of New York. For the following reasons, plaintiffs' motion for a preliminary injunction must be denied.

**Statement of the Case**

As best that can be gleaned from plaintiffs' rambling complaint, Judge Ferradino entered summary judgment against plaintiffs in a state foreclosure proceeding. Plaintiffs claim that that judicial act violated their state and federal constitutional rights. Judge Ferradino has moved to dismiss the complaint on the grounds that this Court lacks subject-matter and personal jurisdiction. Plaintiffs have also moved for a preliminary injunction.

**POINT I**

**AS THE COURT LACKS JURISDICTION PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

As a threshold matter, this Court must first determine whether it has jurisdiction over the underlying claim prior to resolving plaintiffs' motion for a preliminary injunction. See Pennsylvania Mun. Authorities Ass'n v. Horniko, 292 F. Supp. 2d 95, 101 (D.D.C. 2003) (citing Ticor Title Ins. Co. v. FTC, 814 F.2d 731, 757 (D.C. Cir. 1987) (holding that "lower courts must always wrestle with [jurisdictional issues] before reaching any questions of justiciability, since courts may not decide issues over which they lack jurisdiction"); Tuck v. Pan Am. Health Org., 668 F.2d 547, 549 (D.C. Cir. 1981) ("The federal courts are courts of limited jurisdiction, and they lack the power to

presume the existence of jurisdiction in order to dispose of a case on any other grounds."); Am. Farm Bureau v. EPA, 121 F. Supp. 2d 84, 91 (D.D.C. 2000) ("The court must address the issue of jurisdiction as a threshold matter, because absent jurisdiction the court lacks the authority to decide the case on any other grounds.")).  As discussed in greater detail in the Memorandum of Law in Support of the Motion to Dismiss, this Court lacks subject-matter jurisdiction and jurisdiction over Judge Ferradino.  Indeed, the fact that this Court lacks jurisdiction in this matter also demonstrates that plaintiffs cannot meet the standard for a preliminary injunction, that is, they cannot demonstrate a likelihood of success on the merits.  See Transohio Sav. Bank v. Director, Office of Thrift Supervision, 967 F.2d 598, 614 (D.C. Cir. 1992) (properly denying preliminary injunction where there is no likelihood of success on the merits).  Therefore, the motion for a preliminary injunction must be denied.

## CONCLUSION

**FOR THE FOREGOING REASONS, THE MOTION FOR A PRELIMINARY INJUNCTION MUST BE DENIED**

Dated: Albany, New York
       November 29, 2006

                              ELIOT SPITZER
                              Attorney General of the State of New York
                              Attorney for Defendant
                              The Capitol
                              Albany, New York  12224-0341


                              By: *s/ Bridget E. Holohan*
                              Bridget E. Holohan
                              Assistant Attorney General, of Counsel
                              Bar Roll No. 510911
                              Telephone:  (518) 473-3684
                              Fax:  (518) 473-1572 (Not for service of papers)
                              Email: Bridget.Holohan@oag.state.ny.us


TO:   Robert Syversen
         Jacob-Franz: Dyck