UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT SYVERSON, BETTER LIVING TRUST; JACOB-FRANZ:DYCK,

*Plaintiffs*,

-against-

JUDGE STEPHEN A. FERRADINO,

*Defendant*.

---

**DECLARATION OF SERVICE**

06-CV-01639

Friedman

I, Mary Beth Maruski, declare pursuant to 28 USC § 1746, that on November 29, 2006, I served the **Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction**, filed herein electronically upon the following individuals, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individuals at the addresses, designated for that purpose, as follows:

Robert Syversen
Better Living Trust
143 Feeder Dam Road
South Glens Falls, New York 12803

Jacob-Franz:Dyck
32316 Twin Oaks Lane
Brashear, MO 63533

Dated: November 29, 2006
      Albany, New York

*s/ Mary Beth Maruski*
Mary Beth Maruski