UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert R. Syversen
Vicki J. Syversen
Better Living Trust
  Jacob-Franz: Dyck, Trustee

   Plaintiff (Realtor)

V.

Case # 1:06CV01639
~~Judge FRIEDMAN~~

JUDGE STEPHEN A. FERRADINO et al
RESPONDENT (DEFENDANT)

### AFFIDAVIT OF SERVICE

I, Robert R. Syversen, hereby declare that on the 18th day of November, 2006, I mailed a copy of the <u>TEMPORARY RESTRAINING ORDER Rule 65b</u>, certified mail receipt requested, to STEPHEN A. FERRADINO. Attached hereto is the certified <u>green card acknowledging service.</u>

[Image of PS Form 3811 Domestic Return Receipt, addressed to Stephen A. Ferradino, 2911 Rt. 9, P.O. Box 2380, Malta, N.Y. 12020; Article Number 7006 0810 0005 1854 7686; Date of Delivery 11/22/06]

Robert R. Syversen
143 Feeder Dam Rd.
South Glens Falls, New York 12803

3

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date November 24, 2006

_____
Robert R. Syversen

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert R. Syversen
Vicki J. Syversen
Better Living Trust
  Jacob-Franz: Dyck, Trustee

   Plaintiff (Realtor)

V.

                                          Case # 1:06CV01639

JUDGE STEPHEN A. FERRADINO et al           Judge FRIEDMAN

RESPONDENT (DEFENDANT)

---

## CERTIFICATE OF SERVICE

---

### Affidavit

    We, Robert R. Syversen, Vicki J. Syversen and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, in the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays be nays, as supported by your Federal law 97-280,96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asservate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

1

## CERTIFICATE OF SERVICE

To STEPHEN A. FERRADINO
2911 RT. 9, P.O. BOX 2380
MALTA, NEW YORK 12020

Notice to Principle is Notice to Agent and Notice to Agent is Notice to Principle,

    This is to certify that on the 18th day of November 2006, I did cause a **TEMPORARY RESTRAINING ORDER Rule 65B** (Case # 1:06CV01639) to be served on STEPHEN A. FERRADINO by Certified U.S. Postal mail (article No. 7006 0810 0005 1854 7686), addressed to the above at 2911 RT. 9, P.O. BOX 2380, MALTA, NEW YORK 12020.

*Robert R. Syverson* (signature)
Robert R. Syversen
143 Feeder Dam Rd.
South Glens Falls, NY 12803

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert R. Syversen
Vicki J. Syversen
Better Living Trust
  Jacob-Franz: Dyck, Trustee

    Plaintiff (Realtor)

                                                  Case # 1:06CV01639
    V.                                              ~~Judge FRIEDMAN~~

JUDGE STEPHEN A. FERRADINO et al
    RESPONDENT (DEFENDANT)

### AFFIDAVIT OF SERVICE

I, Robert R. Syversen, hereby declare that on the 18th day of November, 2006, I mailed a copy of the <u>PRELIMINARY INJUNCTION Rule 65a</u>, certified mail receipt requested, to STEPHEN A. FERRADINO. Attached hereto is the certified green card acknowledging service.

[Certified mail green card (PS Form 3811) addressed to:
Stephen A Ferradino
State of NY Supreme Court Chambers
2911 Rt. 9
P.O. Box 2380
Malta NY 12020
Article Number: 7006 0100 0006 5986 9500
Signed by S. A. Ferradino]

                                                                _/s/ Robert R. Syversen_
                                                                 Robert R. Syversen
                                                                 143 Feeder Dam Rd.
                                                                 South Glens Falls, New York 12803

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Service to the agent is service to the principle; Service to the principle is service to the agent. Further sayeth affiant not.

Date November 24, 2006

*[signature]*
Robert R. Syversen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Robert R. Syversen
Vicki J. Syversen
Better Living Trust
  Jacob-Franz: Dyck, Trustee


    Plaintiff (Realtor)


V.

Case # 1:06CV01639

JUDGE STEPHEN A. FERRADINO et al

Judge FRIEDMAN


RESPONDENT (DEFENDANT)

---

## CERTIFICATE OF SERVICE

---

### Affidavit

    We, Robert R. Syversen, Vicki J. Syversen and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, in the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yeas and our nays be nays, as supported by your Federal law 97-280,96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asservate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

1

## CERTIFICATE OF SERVICE

To STEPHEN A. FERRADINO
2911 RT. 9, P.O. BOX 2380
MALTA, NEW YORK 12020

Notice to Principle is Notice to Agent and Notice to Agent is Notice to Principle,

This is to certify that on the 18th day of November 2006, I did cause a <u>PRELIMINARY INJUNCTION Rule 65a</u> (Case # 1:06CV01639) to be served on STEPHEN A. FERRADINO by Certified U.S. Postal mail (article No. 7006 0810 0005 1854 7679), addressed to the above at 2911 RT. 9, P.O. BOX 2380, MALTA, NEW YORK 12020.

Robert R. Syversen
143 Feeder Dam Rd.
South Glens Falls, NY 12803

2