UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SYVERSEN *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-1639 (RMU) |
| : | |
| STEPHEN FERRADINO *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

On November 28, 2006 defendant Ferradino filed a motion to dismiss. The plaintiff is proceeding *pro se*. The court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If the plaintiff fails to respond to this motion, the court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is this 6th day of December, 2006, hereby

**ORDERED** that plaintiff shall file a response to the defendant's motion to dismiss on or before December 20, 2006.

RICARDO M. URBINA
United States District Judge