UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert R. Syversen
Vicki J. Syversen
Better Living Trust
  Jacob-Franz: Dyck, Trustee

    Plaintiffs (Relators)

v.   Case # 1:06CV01639

JUDGE STEPHEN A. FERRADINO et al   Judge FREIDMAN
JOHN DOE 1-25
JANE DOE 1-25

    RESPONDENTS (DEFENDANTS)

---

## VOLUNTARY DISMISSAL UNDER RULE 41

---

### Affidavit

We, Robert R. Syversen, Vicki J. Syversen and Jacob-Franz: Dyck, are competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yea and our nays nay, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your <u>Briscoe v. Lahue 46 U.S. 325.</u>

**RECEIVED**

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is a voluntary dismissal under Rule 41 reasons stated in previous filing.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

December 20, 2006

STEPHEN FERRADINO
Saratoga County Courthouse
Ballston Spa, N. Y. 12020

By: Jacob-Franz: Dyck
3000 Green Mountain Dr
100-417
Branson, MO 65616