

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ELIOT SPITZER
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-3684
December 27, 2006

Honorable Paul L. Friedman
United States District Judge
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Syversen v Ferradino*
      Dc District of New York
      06-CV-01639

Dear Judge Friedman:

    I am in receipt of plaintiffs' Notice of Voluntary Dismissal pursuant to Rule 41. The defendant Judge Ferradino has no objection to the dismissal of this action except that the dismissal must be with prejudice under Rule 41(a)(1). Specifically, Rule 41(a)(1) states in pertinent part: "Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim." Attached hereto is plaintiffs' complaint and Notice of Voluntary Dismissal from the U.S. District Court for the Northern District of New York. A review of these documents demonstrates that plaintiffs' have already voluntarily dismissed an action based on the same claim in another court. Therefore, the instant Notice of Voluntary Dismissal must be with prejudice.

    Thank you for your consideration of this matter.

Respectfully yours,

*s/ Bridget E. Holohan*

Bridget E. Holohan
Assistant Attorney General
Bar Roll No. 510911 (N.D.N.Y.)
Bridget.Holohan@oag.state.ny.us

December 27, 2006
Page 2


cc:     Robert Syversen
        Jacob-Franz: Dyck