UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
OCT 3 1 2006
LAWRENCE K. BAERMAN, CLERK
ALBANY

BETTER LIVING TRUST; et al.,

          Plaintiffs

1:06-CV-(GLS)(DRH)

v.

JUDGE STEPHEN A. FERRADINO; et al.,

          Defendants

---

### Voluntary dismissal under Rule 41( FRCP

---

TO: GARY L. SHARP

Since this matter was demanded for:

1. trial by jury and you seemingly have decided to act as a king and master of our court:
2. discovery (interrogetories and depositions) which you are refusing by your action:
3. due process guaranteed by constitution of New York and United States of America is denied by you:

This matter is being dropped under voluntary dismissal Rule 41( of FRCP to be filed in a different court, that does follow the above. You **Mr.** Gary L. Sharp have violated your oath of office and have no efficacy in your judgments.

By: _Jacob-Franz: Dyck_